JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENJI DOMINIC RICHMOND, | ) Case No. CV 15-2784 JGB(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M.E. SPEARMAN, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Summarily Denying Petition for Writ of Habeas Corpus, Dismissing Action and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: April 22, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE